← Statement for Apr 2, 20... ⋮

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CKR | 020420 | 250000 | PS 51 | 0000142201 | 1 |

## Earnings Statement

ADP

*CKS PACKAGING INC*
*445 GREAT SOUTHWEST PARKWAY SW*
*ATLANTA, GA 30336*

Period Beginning: 03/23/2026
Period Ending: 03/29/2026
Pay Date: 04/02/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
GA: 0

**SHAIN COLEMAN STANLEY**
**405 KELLY CREEK ROAD**
**WACO GA 30182**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Mileage Ea | 26.2500 | 3091.00 | 1,761.87 | 20,687.01 |
| Per Diem | 26.2500 | 3091.00 | | |
| Regular | | | | 355.96 |
| Holiday | | | | 210.00 |
| Sick | | | | 735.00 |
| **Gross Pay** | | | **$1,761.87** | 21,987.97 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | Federal Income Tax | -121.76 | 1,478.44 |
| | Social Security Tax | -101.44 | 1,261.90 |
| | Medicare Tax | -23.72 | 295.12 |
| | GA State Income Tax | -56.39 | 687.88 |
| Other | Accident | -4.54* | 59.02 |
| | Crit Ill | -6.70 | 87.10 |
| | Dental 125 | -12.23* | 158.99 |
| | Disability | -15.16 | 197.08 |
| | Flex | -61.54* | 799.94 |
| | Lifetime Ben | -9.08 | 118.04 |
| | Medical 125 | -45.00* | 585.00 |
| | ML Life | -29.12 | 378.56 |
| | Vision Pretax | -2.45* | 31.85 |
| | 401k | -88.09* | 1,099.39 |
| | 401k Loan | -48.95 | 636.35 |
| | Per Diem | | -1,088.79 |
| | 401k Loan | | 418.32 |

| Adjustment | this period | year to date |
|---|---|---|
| Per Diem | +92.73 | |
| **Net Pay** | **$1,228.43** | |
| CHECKING | -1,228.43 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,548.02

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 125 | 125.76 | 1,634.80 |
| 401k Match | 44.04 | 549.69 |

**Important Notes**
COMPANY PH#:(404) 691-8900

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

CKS PACKAGING INC
445 GREAT SOUTHWEST PARKWAY SW
ATLANTA, GA 30336

**Advice number:** 00000142201
Pay date: 04/02/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHAIN COLEMAN STANLEY | xxxxxx9260 | xxxx xxxx | $1,228.43 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

1 / 1

Statement for Apr 9, 20...

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CKR | 020420 | 250000 | PS 51 | 0000152205 | 1 |

CKS PACKAGING INC
445 GREAT SOUTHWEST PARKWAY SW
ATLANTA, GA 30336

## Earnings Statement

Period Beginning: 03/30/2026
Period Ending: 04/05/2026
Pay Date: 04/09/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
GA: 0

**SHAIN COLEMAN STANLEY**
**405 KELLY CREEK ROAD**
**WACO GA 30182**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Mileage Ea | 26.2500 | 2832.00 | 1,614.24 | 22,301.25 |
| Per Diem | 26.2500 | 2832.00 | 74,340.00 | |
| Per Diem | | | -74,340.00 | |
| Regular | | | | 355.96 |
| Holiday | | | | 210.00 |
| Sick | | | | 735.00 |
| **Gross Pay** | | | **$1,614.24** | 23,602.21 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -104.93 | 1,583.37 |
| | Social Security Tax | -92.28 | 1,354.18 |
| | Medicare Tax | -21.58 | 316.70 |
| | GA State Income Tax | -49.11 | 736.99 |
| **Other** | | | |
| | Accident | -4.54* | 63.56 |
| | Crit Ill | -6.70 | 93.80 |
| | Dental 125 | -12.23* | 171.22 |
| | Disability | -15.16 | 212.24 |
| | Flex | -61.54* | 861.48 |
| | Lifetime Ben | -9.08 | 127.12 |
| | Medical 125 | -45.00* | 630.00 |
| | ML Life | -29.12 | 407.68 |
| | Vision Pretax | -2.45* | 34.30 |
| | 401k | -80.71* | 1,180.10 |
| | 401k Loan | -48.95 | 685.30 |
| | Per Diem | | -1,173.75 |
| | 401k Loan | | 418.32 |

| Adjustment | this period | year to date |
|---|---|---|
| Per Diem | +84.96 | |
| **Net Pay** | **$1,115.82** | |
| CHECKING | -1,115.82 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,407.77

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 125 | 125.76 | 1,760.56 |
| 401k Match | 40.36 | 590.05 |

**Important Notes**

COMPANY PH#:(404) 691-8900

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

CKS PACKAGING INC
445 GREAT SOUTHWEST PARKWAY SW
ATLANTA, GA 30336

**Advice number:** 00000152205
Pay date: 04/09/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHAIN COLEMAN STANLEY | xxxxxx9260 | xxxx xxxx | $1,115.82 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

← Statement for Apr 16, 2...

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CKR | 020420 | 250000 | PS 51 | 0000162204 | 1 |

## Earnings Statement

ADP

CKS PACKAGING INC
445 GREAT SOUTHWEST PARKWAY SW
ATLANTA, GA 30336

Period Beginning: 04/06/2026
Period Ending: 04/12/2026
Pay Date: 04/16/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
GA: 0

SHAIN COLEMAN STANLEY
405 KELLY CREEK ROAD
WACO GA 30182

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.2500 | .73 | 19.16 | 375.12 |
| Mileage Ea | 26.2500 | 2101.00 | 1,197.57 | 23,498.82 |
| Per Diem | 26.2500 | 2101.00 | 55,151.25 | |
| Per Diem | | | -55,151.25 | |
| Sick | 26.2500 | 4.00 | 105.00 | 840.00 |
| Holiday | | | | 210.00 |
| **Gross Pay** | | | **$1,321.73** | 24,923.94 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | Federal Income Tax | -71.58 | 1,654.95 |
| | Social Security Tax | -74.15 | 1,428.33 |
| | Medicare Tax | -17.35 | 334.05 |
| | GA State Income Tax | -34.69 | 771.68 |
| Other | Accident | -4.54* | 68.10 |
| | Crit III | -6.70 | 100.50 |
| | Dental 125 | -12.23* | 183.45 |
| | Disability | -15.16 | 227.40 |
| | Flex | -61.54* | 923.02 |
| | Lifetime Ben | -9.08 | 136.20 |
| | Medical 125 | -45.00* | 675.00 |
| | ML Life | -29.12 | 436.80 |
| | Vision Pretax | -2.45* | 36.75 |
| | 401k | -66.09* | 1,246.19 |
| | 401k Loan | -48.95 | 734.25 |
| | Per Diem | | -1,236.78 |
| | 401k Loan | | 418.32 |

| Adjustment | this period | year to date |
|---|---|---|
| Per Diem | +63.03 | |
| **Net Pay** | **$886.13** | |
| CHECKING | -886.13 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,129.88

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 125 | 125.76 | 1,886.32 |
| 401k Match | 33.05 | 623.10 |
| Totl Hrs Worked | 0.73 | |

**Important Notes**

COMPANY PH#:(404) 691-8900

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

CKS PACKAGING INC
445 GREAT SOUTHWEST PARKWAY SW
ATLANTA, GA 30336

Advice number: 00000162204
Pay date: 04/16/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHAIN COLEMAN STANLEY | xxxxxx9260 | xxxx xxxx | $886.13 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

1 / 1

← Statement for Apr 23, 2...

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CKR | 020420 | 250000 | PS 51 | 0000172210 | 1 |

## Earnings Statement

ADP

CKS PACKAGING INC
445 GREAT SOUTHWEST PARKWAY SW
ATLANTA, GA 30336

Period Beginning: 04/13/2026
Period Ending: 04/19/2026
Pay Date: 04/23/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
GA: 0

SHAIN COLEMAN STANLEY
405 KELLY CREEK ROAD
WACO GA 30182

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Mileage Ea | 26.2500 | 3127.00 | 1,782.39 | 25,281.21 |
| Per Diem | 26.2500 | 3127.00 | | |
| Regular | | | | 375.12 |
| Holiday | | | | 210.00 |
| Sick | | | | 840.00 |
| **Gross Pay** | | | **$1,782.39** | 26,706.33 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | Federal Income Tax | -124.10 | 1,779.05 |
| | Social Security Tax | -102.71 | 1,531.04 |
| | Medicare Tax | -24.02 | 358.07 |
| | GA State Income Tax | -57.40 | 829.08 |
| Other | Accident | -4.54* | 72.64 |
| | Crit Ill | -6.70 | 107.20 |
| | Dental 125 | -12.23* | 195.68 |
| | Disability | -15.16 | 242.56 |
| | Flex | -61.54* | 984.56 |
| | Lifetime Ben | -9.08 | 145.28 |
| | Medical 125 | -45.00* | 720.00 |
| | ML Life | -29.12 | 465.92 |
| | Vision Pretax | -2.45* | 39.20 |
| | 401k | -89.12* | 1,335.31 |
| | 401k Loan | -48.95 | 783.20 |
| | Per Diem | | -1,330.59 |
| | 401k Loan | | 418.32 |

| Adjustment | this period | year to date |
|---|---|---|
| Per Diem | +93.81 | |
| **Net Pay** | **$1,244.08** | |
| CHECKING | -1,244.08 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,567.51

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 125 | 125.76 | 2,012.08 |
| 401k Match | 44.56 | 667.66 |

**Important Notes**

COMPANY PH#:(404) 691-8900

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

CKS PACKAGING INC
445 GREAT SOUTHWEST PARKWAY SW
ATLANTA, GA 30336

**Advice number:** 00000172210
Pay date: 04/23/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHAIN COLEMAN STANLEY | xxxxxx9260 | xxxx xxxx | $1,244.08 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

1 / 1

← Statement for Apr 30, 2...

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CKR | 020420 | 250000 | PS 51 | 0000182192 | 1 |

## Earnings Statement

ADP

*CKS PACKAGING INC*
*445 GREAT SOUTHWEST PARKWAY SW*
*ATLANTA, GA 30336*

Period Beginning: 04/20/2026
Period Ending: 04/26/2026
Pay Date: 04/30/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
GA: 0

**SHAIN COLEMAN STANLEY**
**405 KELLY CREEK ROAD**
**WACO GA 30182**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.2500 | 1.00 | 26.25 | 401.37 |
| Mileage Ea | 26.2500 | 2555.00 | 1,456.35 | 26,737.56 |
| Per Diem | 26.2500 | 2555.00 | 67,068.75 | |
| Per Diem | | | -67,068.75 | |
| Holiday | | | | 210.00 |
| Sick | | | | 840.00 |
| **Gross Pay** | | | **$1,482.60** | 28,188.93 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -89.92 | 1,868.97 |
| | Social Security Tax | -84.13 | 1,615.17 |
| | Medicare Tax | -19.67 | 377.74 |
| | GA State Income Tax | -42.62 | 871.70 |
| Other | | | |
| | Accident | -4.54* | 77.18 |
| | Crit Ill | -6.70 | 113.90 |
| | Dental 125 | -12.23* | 207.91 |
| | Disability | -15.16 | 257.72 |
| | Flex | -61.54* | 1,046.10 |
| | Lifetime Ben | -9.08 | 154.36 |
| | Medical 125 | -45.00* | 765.00 |
| | ML Life | -29.12 | 495.04 |
| | Vision Pretax | -2.45* | 41.65 |
| | 401k | -74.13* | 1,409.44 |
| | 401k Loan | -48.95 | 832.15 |
| | Per Diem | | -1,407.24 |
| | 401k Loan | | 418.32 |

| Adjustment | this period | year to date |
|---|---|---|
| Per Diem | +76.65 | |
| **Net Pay** | **$1,014.01** | |
| CHECKING | -1,014.01 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,282.71

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 125 | 125.76 | 2,137.84 |
| 401k Match | 37.07 | 704.73 |
| Totl Hrs Worked | 1.00 | |

**Important Notes**

COMPANY PH#:(404) 691-8900

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

CKS PACKAGING INC
445 GREAT SOUTHWEST PARKWAY SW
ATLANTA, GA 30336

**Advice number:** 00000182192
Pay date: 04/30/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHAIN COLEMAN STANLEY | xxxxxx9260 | xxxx xxxx | $1,014.01 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

1 / 1

# Statement for May 7, 2...

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CKR | 020420 | 250000 | PS 51 | 0000192218 | 1 |

CKS PACKAGING INC
445 GREAT SOUTHWEST PARKWAY SW
ATLANTA, GA 30336

## Earnings Statement

Period Beginning: 04/27/2026
Period Ending: 05/03/2026
Pay Date: 05/07/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
GA: 0

SHAIN COLEMAN STANLEY
405 KELLY CREEK ROAD
WACO GA 30182

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Mileage Ea | 26.2500 | 1814.00 | 1,033.98 | 27,771.54 |
| Per Diem | 26.2500 | 1814.00 | | |
| Regular | | | | 401.37 |
| Holiday | | | | 210.00 |
| Sick | | | | 840.00 |
| **Gross Pay** | | | **$1,033.98** | 29,222.91 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | Federal Income Tax | -44.40 | 1,913.37 |
| | Social Security Tax | -56.31 | 1,671.48 |
| | Medicare Tax | -13.17 | 390.91 |
| | GA State Income Tax | -22.65 | 894.35 |
| Other | Accident | -4.54* | 81.72 |
| | Crit Ill | -6.70 | 120.60 |
| | Dental 125 | -12.23* | 220.14 |
| | Disability | -15.16 | 272.88 |
| | Flex | -61.54* | 1,107.64 |
| | Lifetime Ben | -9.08 | 163.44 |
| | Medical 125 | -45.00* | 810.00 |
| | ML Life | -29.12 | 524.16 |
| | Vision Pretax | -2.45* | 44.10 |
| | 401k | -10.34* | 1,419.78 |
| | 401k Loan | -117.55 | 535.87 |
| | 401k Loan | -48.95 | 881.10 |
| | Per Diem | | -1,461.66 |

| Adjustment | this period | year to date |
|---|---|---|
| Per Diem | +54.42 | |
| **Net Pay** | **$589.21** | |
| CHECKING | -589.21 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $897.88

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 125 | 125.76 | 2,263.60 |
| 401k Match | 5.17 | 709.90 |

**Important Notes**
COMPANY PH#:(404) 691-8900

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

CKS PACKAGING INC
445 GREAT SOUTHWEST PARKWAY SW
ATLANTA, GA 30336

**Advice number:** 00000192218
Pay date: 05/07/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHAIN COLEMAN STANLEY | xxxxxx9260 | xxxx xxxx | $589.21 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

1 / 1

# Statement for May 14,...

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CKR | 020420 | 250000 | PS 51 | 0000202207 | 1 |

## Earnings Statement

ADP

*CKS PACKAGING INC*
*445 GREAT SOUTHWEST PARKWAY SW*
*ATLANTA, GA 30336*

Period Beginning: 05/04/2026
Period Ending: 05/10/2026
Pay Date: 05/14/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
GA: 0

**SHAIN COLEMAN STANLEY**
**405 KELLY CREEK ROAD**
**WACO GA 30182**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Mileage Ea | 26.2500 | 1778.00 | 1,013.46 | 28,785.00 |
| Per Diem | 26.2500 | 1778.00 | | |
| Sick | 26.2500 | 8.00 | 210.00 | 1,050.00 |
| Regular | | | | 401.37 |
| Holiday | | | | 210.00 |
| **Gross Pay** | | | **$1,223.46** | 30,446.37 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -66.25 | 1,979.62 |
| | Social Security Tax | -68.05 | 1,739.53 |
| | Medicare Tax | -15.92 | 406.83 |
| | GA State Income Tax | -32.38 | 926.73 |
| **Other** | | | |
| | Accident | -4.54* | 86.26 |
| | Crit Ill | -6.70 | 127.30 |
| | Dental 125 | -12.23* | 232.37 |
| | Disability | -15.16 | 288.04 |
| | Flex | -61.54* | 1,169.18 |
| | GARNISHMENT | -260.22 | 260.22 |
| | Lifetime Ben | -9.08 | 172.52 |
| | Medical 125 | -45.00* | 855.00 |
| | ML Life | -29.12 | 553.28 |
| | Vision Pretax | -2.45* | 46.55 |
| | 401k | -12.23* | 1,432.01 |
| | 401k Loan | -117.55 | 653.42 |
| | 401k Loan | -48.95 | 930.05 |
| | Per Diem | | -1,515.00 |

| Adjustment | this period | year to date |
|---|---|---|
| Per Diem | +53.34 | |
| **Net Pay** | **$469.43** | |
| CHECKING | -469.43 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,085.47

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 125 | 125.76 | 2,389.36 |
| 401k Match | 6.11 | 716.01 |

**Important Notes**

COMPANY PH#:(404) 691-8900

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

CKS PACKAGING INC
445 GREAT SOUTHWEST PARKWAY SW
ATLANTA, GA 30336

**Advice number:** 00000202207
Pay date: 05/14/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHAIN COLEMAN STANLEY | xxxxxx9260 | xxxx xxxx | $469.43 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

1 / 1

# Statement for May 21,...

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CKR | 020420 | 250000 | PS 51 | 0000212222 | 1 |

## Earnings Statement

ADP

*CKS PACKAGING INC*
*445 GREAT SOUTHWEST PARKWAY SW*
*ATLANTA, GA 30336*

Period Beginning: 05/11/2026
Period Ending: 05/17/2026
Pay Date: 05/21/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
GA: 0

**SHAIN COLEMAN STANLEY**
**405 KELLY CREEK ROAD**
**WACO GA 30182**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Mileage Ea | 26.2500 | 3175.00 | 1,809.75 | 30,594.75 |
| Per Diem | 26.2500 | 3175.00 | 83,343.75 | |
| Per Diem | | | -83,343.75 | |
| Regular | | | | 401.37 |
| Holiday | | | | 210.00 |
| Sick | | | | 1,050.00 |
| **Gross Pay** | | | **$1,809.75** | 32,256.12 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -135.90 | 2,115.52 |
| | Social Security Tax | -104.41 | 1,843.94 |
| | Medicare Tax | -24.41 | 431.24 |
| | GA State Income Tax | -62.51 | 989.24 |
| Other | | | |
| | Accident | -4.54* | 90.80 |
| | Crit Ill | -6.70 | 134.00 |
| | Dental 125 | -12.23* | 244.60 |
| | Disability | -15.16 | 303.20 |
| | Flex | -61.54* | 1,230.72 |
| | GARNISHMENT | -370.63 | 630.85 |
| | Lifetime Ben | -9.08 | 181.60 |
| | Medical 125 | -45.00* | 900.00 |
| | ML Life | -29.12 | 582.40 |
| | Vision Pretax | -2.45* | 49.00 |
| | 401k | -18.10* | 1,450.11 |
| | 401k Loan | -117.55 | 770.97 |
| | 401k Loan | -48.95 | 979.00 |

| Other | this period | year to date |
|---|---|---|
| Per Diem | | -1,610.25 |
| **Adjustment** | | |
| Per Diem | +95.25 | |
| **Net Pay** | **$836.72** | |
| CHECKING | -836.72 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,665.89

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 125 | 125.76 | 2,515.12 |
| 401k Match | 9.05 | 725.06 |

**Important Notes**

COMPANY PH#:(404) 691-8900

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

CKS PACKAGING INC
445 GREAT SOUTHWEST PARKWAY SW
ATLANTA, GA 30336

**Advice number:** **00000212222**
Pay date: 05/21/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHAIN COLEMAN STANLEY | xxxxxx9260 | xxxx xxxx | $836.72 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

1 / 1

# Statement for May 28,...

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CKR | 020420 | 250000 | PS 51 | 0000222236 | 1 |

## Earnings Statement

*CKS PACKAGING INC*
*445 GREAT SOUTHWEST PARKWAY SW*
*ATLANTA, GA 30336*

Period Beginning: 05/18/2026
Period Ending: 05/24/2026
Pay Date: 05/28/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
GA: 0

**SHAIN COLEMAN STANLEY**
**405 KELLY CREEK ROAD**
**WACO GA 30182**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Mileage Ea | 26.2500 | 3127.00 | 1,782.39 | 32,377.14 |
| Per Diem | 26.2500 | 3127.00 | | |
| Regular | | | | 401.37 |
| Holiday | | | | 210.00 |
| Sick | | | | 1,050.00 |
| **Gross Pay** | | | **$1,782.39** | 34,038.51 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -132.65 | 2,248.17 |
| | Social Security Tax | -102.71 | 1,946.65 |
| | Medicare Tax | -24.03 | 455.27 |
| | GA State Income Tax | -61.10 | 1,050.34 |
| | **Other** | | |
| | Accident | -4.54* | 95.34 |
| | Crit Ill | -6.70 | 140.70 |
| | Dental 125 | -12.23* | 256.83 |
| | Disability | -15.16 | 318.36 |
| | Flex | -61.54* | 1,292.26 |
| | GARNISHMENT | -365.48 | 996.33 |
| | Lifetime Ben | -9.08 | 190.68 |
| | Medical 125 | -45.00* | 945.00 |
| | ML Life | -29.12 | 611.52 |
| | Vision Pretax | -2.45* | 51.45 |
| | 401k | -17.82* | 1,467.93 |
| | 401k Loan | -117.55 | 888.52 |
| | 401k Loan | -48.95 | 1,027.95 |
| | Per Diem | | -1,704.06 |

| Adjustment | this period | year to date |
|---|---|---|
| Per Diem | +93.81 | |
| **Net Pay** | **$820.09** | |
| CHECKING | -820.09 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,638.81

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 125 | 125.76 | 2,640.88 |
| 401k Match | 8.91 | 733.97 |

**Important Notes**

COMPANY PH#:(404) 691-8900

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

CKS PACKAGING INC
445 GREAT SOUTHWEST PARKWAY SW
ATLANTA, GA 30336

**Advice number:** **00000222236**
Pay date: 05/28/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHAIN COLEMAN STANLEY | xxxxxx9260 | xxxx xxxx | $820.09 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

1 / 1

# Statement for Jun 4, 2...

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CKR | 020420 | 250000 | PS 51 | 0000232240 | 1 |

## Earnings Statement

*CKS PACKAGING INC*
*445 GREAT SOUTHWEST PARKWAY SW*
*ATLANTA, GA 30336*

Period Beginning: 05/25/2026
Period Ending: 05/31/2026
Pay Date: 06/04/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
GA: 0

**SHAIN COLEMAN STANLEY**
**405 KELLY CREEK ROAD**
**WACO GA 30182**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday | 26.2500 | 8.00 | 210.00 | 420.00 |
| Mileage Ea | 26.2500 | 2413.00 | 1,375.41 | 33,752.55 |
| Per Diem | 26.2500 | 2413.00 | 63,341.25 | |
| Per Diem | | | -63,341.25 | |
| Regular | | | | 401.37 |
| Sick | | | | 1,050.00 |
| **Gross Pay** | | | **$1,585.41** | 35,623.92 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -109.25 | 2,357.42 |
| | Social Security Tax | -90.50 | 2,037.15 |
| | Medicare Tax | -21.16 | 476.43 |
| | GA State Income Tax | -50.98 | 1,101.32 |
| **Other** | | | |
| | Accident | -4.54* | 99.88 |
| | Crit Ill | -6.70 | 147.40 |
| | Dental 125 | -12.23* | 269.06 |
| | Disability | -15.16 | 333.52 |
| | Flex | -61.54* | 1,353.80 |
| | GARNISHMENT | -328.38 | 1,324.71 |
| | Lifetime Ben | -9.08 | 199.76 |
| | Medical 125 | -45.00* | 990.00 |
| | ML Life | -29.12 | 640.64 |
| | Vision Pretax | -2.45* | 53.90 |
| | 401k | -15.85* | 1,483.78 |
| | 401k Loan | -117.55 | 1,006.07 |
| | 401k Loan | -48.95 | 1,076.90 |

| Other | this period | year to date |
|---|---|---|
| Per Diem | | -1,776.45 |
| **Adjustment** | | |
| Per Diem | +72.39 | |
| **Net Pay** | **$689.36** | |
| CHECKING | -689.36 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,443.80

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 125 | 125.76 | 2,766.64 |
| 401k Match | 7.92 | 741.89 |

**Important Notes**

COMPANY PH#:(404) 691-8900

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

CKS PACKAGING INC
445 GREAT SOUTHWEST PARKWAY SW
ATLANTA, GA 30336

**Advice number:** **00000232240**
Pay date: 06/04/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHAIN COLEMAN STANLEY | xxxxxx9260 | xxxx xxxx | $689.36 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

1 / 1