**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Shain Coleman Stanley**
405 Kelly Creek Road
Waco, GA 30182

**xxx−xx−5423**

Case No.: **26−11030−pmb**
Chapter: **7**
Judge: **Paul Baisier**

**Notice of Removal of Counsel for Debtor(s)**

Notice is hereby given that pursuant to this Courts June 26, 2026 Order in miscellaneous proceeding no. 24−00502−JRS (Baalen v. Kakol, et al.), Stanley J. Kakol, Jr. and the Law Offices of Stanley J. Kakol, Jr., LLC, are no longer permitted to practice law in this Court and have been removed as counsel for the debtor(s) in this case. Unless and until such time as debtor(s) retain another attorney, debtor(s) shall proceed without an attorney.

Vania S. Allen
Clerk of Court,
U.S. Bankruptcy Court

Dated: June 29, 2026

Form 300