**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 26-11030** |
| **SHAIN COLEMAN STANLEY,** | : | |
| | : | **CHAPTER 7** |
| | : | |
| **DEBTOR** | : | **JUDGE BAISIER** |

**NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW Shani A. Reid, as counsel for Debtors, SHAIN COLEMAN STANLEY, and pursuant to Bankruptcy Rule 2002, hereby requests receipt of all notices to parties in interest herein, and requests that all such notices be given and served upon the following:

**Shani A. Reid**
**Shani Reid Law Group, LLC**
**5353 Fairington Road, Suite C**
**Lithonia, GA 30038**
**770-800-0440**
docs@sreidlaw.com

Dated: July 22, 2026

Respectfully submitted,
____________________/s/___
Shani A. Reid
GBN 076131
Attorney for Debtor(s)
Shani Reid Law Grouop, LLC
5353 Fairington Road, Suite C
Lithonia, GA 30038

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within **Notice of Appearance of Counsel** by electronic mail, fax and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to:

Shain Coleman Stanley
405 Kelly Creek Road
Waco, GA 30182

James G. Baker –via ECF Mail
305 North Greenwood Street
LaGrange, GA 30240

All creditors on the attached matrix

This Wednesday, July 22, 2026.

_____________________/S/___

Shani A. Reid
Shani Reid Law Group, LLC
5353 Fairington Road, Suite C
Lithonia, Georgia 30038
770-800-0440
Debtor's Attorney

Label Matrix for local noticing
113E-3
Case 26-11030-pmb
Northern District of Georgia
Newnan
Wed Jul 22 14:00:38 EDT 2026

James G. Baker
305 North Greenwood Street
LaGrange, GA 30240-2605

Bridgecrest Acceptance Corp
Attn: Bankruptcy
Po Box 53087 Suite 100
Phoenix, AZ 85072-3087

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

(p)EXETER FINANCE LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Gober Stor-All
1017 Old Harris Road
Dallas, GA 30132-5026

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377-4500

LVNV Funding LLC/Resurgent Capital Servi
Resurgent Correspondence, Attn: Bankrupt
Po Box 1269
Greenville, SC 29602-1269

Lindsey Morrow
115 Edna Court
Villa Rica, GA 30180

MH Investments LLC
c/o US Properties
3595 Canton Road
Suite 312-303
Marietta, GA 30066-2658

NCB Management Services
Attn: Bankruptcy
1 Allied Drive
Trevose, PA 19053-6945

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Receivable Management Services. LLC
Attn: Bankruptcy
7350 Tilghman St
Allentown, PA 18106-9012

Regional Acceptance Company
Attn: Bankruptcy
1424 E. Firetower Road
Greenville, NC 27858-4105

Santander Consumer USA, Inc
Attn: Bankruptcy
P.O. Box 961245
Fort Worth, TX 76161-0244

Security Finance
Attn: Bankruptcy
Po Box 3146
Spartanburg, SC 29304-3146

Shain Coleman Stanley
405 Kelly Creek Road
Waco, GA 30182-2075

Trueaccord C
Attn: Bankruptcy
16011 College Blvd., Suite 130
Lenexa, KS 66219-9877

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Exeter Finance LLC
Exeter Finance LLC, Attn: Bankruptcy
Po Box 166008
Irving, TX 75016

Georgia Department of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345

End of Label Matrix
Mailable recipients 21
Bypassed recipients 0
Total 21